■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN STAMATELOS, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Belfi, J.), rendered November 14, 1991, convicting him of attempted murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL STOUDEMIRE, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Tomei, J.), imposed May 20, 1991.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816). Mangano, P. J., Harwood, Lawrence, Copertino and Santucci, JJ., concur.